UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS SALDANA ZAVALA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEVE FREITAS,<br><br>　　　　　Defendant. | Case No. 14-cv-00845-MEJ<br><br>**ORDER VACATING MOTION TO STAY**<br><br>Re: Dkt. No. 4 |

　　　The Court is in receipt of Plaintiff Jose Luis Saldana Zavala's Status Report which advises that Plaintiff was released from custody on February 28, 2014. Dkt. No. 6. Accordingly, the Court hereby VACATES the Motion to Stay Plaintiff's Sentence as it is now moot.

**IT IS SO ORDERED.**

Dated: March 18, 2014

　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge