UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS SALDANA ZAVALA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEVE FREITAS,<br><br>　　　　Defendant. | Case No.  14-cv-00845-MEJ<br><br>**ORDER TO SHOW CAUSE** |

Petitioner, who is not in custody, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court has reviewed the petition and concludes that it warrants a response.

Accordingly, IT IS HEREBY ORDERED as follows:

(1)　The Clerk of Court shall serve a copy of the petition and this order upon Respondent and the Attorney General.  *See* 28 U.S.C. § 2254, Rule 4.  The Clerk of Court shall also serve a copy of this order upon Petitioner's counsel.

(2)　Respondent shall file and serve an answer to the petition in accordance with 28 U.S.C. § 2254, Rule 5 and Habeas Corpus Local Rule 2254-6.

(3)　Petitioner may serve and file a traverse responding to matters raised in the answer in accordance with 28 U.S.C. § 2254, Rule 5 and Habeas Corpus Local Rule 2254-6.

**IT IS SO ORDERED.**

Dated: March 20, 2014

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge