1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

**JOSE LUIS SALDANA ZAVALA,**            Case No. 3:14-cv-00845 VC

12
                                Petitioner,   **[PROPOSED] ORDER** AS MODIFIED
13

14            **v.**

15    **STEVE FREITAS, Sheriff,**

16                               Respondent.

17

18        GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until July 28,

19    2014 to file an answer to the order to show cause.  Petitioner may file a traverse within 30 days

20    after respondent has filed the answer. No further extensions will be granted.

21

22

23    Dated: May 15, 2014                     _____
                                              The Honorable Vince Chhabria
24

25

26

27

28

                                    1