UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS SALDANA ZAVALA,<br><br>    Plaintiff,<br><br>v.<br><br>STEVE FREITAS,<br><br>    Defendant. | Case No.  14-cv-00845-VC<br><br>**ORDER DENYING APPLICATION FOR EXTENSION**<br><br>Re: Dkt. No. 21 |

The opposed request for a 30-day extension of time is denied.  In the prior order granting the State a 61-day extension, the Court stated that no further extensions would be granted.  The State, having been on notice that no further extensions would be granted, should have exercised more diligence in ensuring that it possessed a complete record.  The Court will inform the State if it believes the missing pages from the record will affect the outcome of the case.  In the meantime, however, the State must file its response by no later than Tuesday, July 29, 2014.

**IT IS SO ORDERED.**

Dated: July 25, 2014

_____
VINCE CHHABRIA
United States District Judge