UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS SALDANA ZAVALA,<br><br>           Plaintiff,<br><br>     v.<br><br>STEVE FREITAS,<br><br>           Defendant. | Case No. 14-cv-00845-VC<br><br>**ORDER RE HEARING ON THE PETITION FOR A WRIT OF HABEAS CORPUS**<br><br>Re: Dkt. No. 1 |

A hearing on the petition for a writ of habeas corpus is scheduled for May 14, 2015 at 10:00 a.m.

The petitioner is correct that Form DV-110 is poorly drafted and could, under certain circumstances, result in a wrongful conviction. For example, if (i) the address placed in Section 1 of Form DV-110 were but a mailing address for the victim, and (ii) Section 6 of Form DV-110 ordered a defendant to stay away from the "home" of the victim listed in Section 1, then (iii) the defendant could not be convicted under California Penal Code § 273.6 for violating the restraining order for going near the address listed in Section 1. That is because the restraining order in this example does not order the defendant to stay away from that address; it orders the defendant to stay away from the victim's home.

The question is whether this case fits the above example. In its answer, the State has not adequately explained why it does not. The State should be prepared to do so at the hearing.

**IT IS SO ORDERED.**

Dated: March 26, 2015

_____
VINCE CHHABRIA
United States District Judge