1  KAMALA D. HARRIS
   Attorney General of California
2  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
3  JILL M. THAYER
   Deputy Attorney General
4  State Bar No. 166428
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone:  (415) 703-5954
6   Fax:  (415) 703-1234
    E-mail:  Jill.Thayer@doj.ca.gov
7  *Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOSE LUIS SALDANA ZAVALA,**<br><br>                              Petitioner,<br><br>       v.<br><br>**STEVE FREITAS, Sheriff,**<br><br>                              Respondent. | 3:14-cv-00845 VC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING HEARING ON PETITION FOR WRIT OF HABEAS CORPUS**<br><br>Date:            May 14, 2015<br>Time:            10:00 a.m.<br>Courtroom:   4, 17th Floor<br>Judge:           The Honorable Vince Chhabria<br>Action Filed:  March 20, 2014 |

This Court set a hearing on the petition for writ of habeas corpus on May 14, 2015 at 10:00 a.m.  Respondent's counsel is unavailable because she will be serving as a juror until and including May 21, 2015.  The next available civil law and motion date is May 28, 2015.

IT IS THEREFORE STIPULATED that the hearing scheduled for May 14, 2015 at 10:00 a.m. may be vacated and continued to May 28, 2015 at 10:00 a.m.

Date:  May 12, 2015                                       /s/ Jill M. Thayer
                                                                         JILL M. THAYER
                                                                         Deputy Attorney General

1

Stipulation and Proposed Order – *Zavala v. Freitas, Sheriff* - (3:14-cv-00845 VC)

Date:  May 12, 2015                                    /s/ Constance Burtnett
                                                       CONSTANCE BURTNETT
                                                       Attorney for Petitioner
                                                       JOSE LUIS SALDANA ZAVALA

    GOOD CAUSE APPEARING, it is hereby ordered that the hearing scheduled for May 14, 2015 at 10:00 a.m. may be vacated and continued to May 28, 2015 at 10:00 a.m.

Dated:  May 13, 2015                                   _____
                                                       The Honorable Vince Chhabria
                                                       United States District Judge

SF2014407779
20734197.doc

2

Stipulation and Proposed Order – *Zavala v. Freitas, Sheriff* - (3:14-cv-00845 VC)