United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS SALDANA ZAVALA,<br><br>  Plaintiff,<br><br>  v.<br><br>STEVE FREITAS,<br><br>  Defendant. | Case No. 14-cv-00845-VC<br><br>**ORDER RE: LETTER FROM JANE DOE** |

The Court has received a letter from Jane Doe, dated May 6, 2015, which presumably relates to this case. The Court has not read the letter and will not do so until it can discuss with the parties, at the hearing on the petition for writ of habeas corpus, the propriety of considering the letter.

**IT IS SO ORDERED.**

Dated: May 13, 2015

_____
VINCE CHHABRIA
United States District Judge