UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS SALDANA ZAVALA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEVE FREITAS,<br><br>　　　　Defendant. | Case No. 14-cv-00845-VC<br><br>**ORDER DENYING PETITION FOR A WRIT OF HABEAS CORPUS**<br><br>Re: Dkt. No. 1 |

　　　In the order scheduling a hearing on Saldana Zavala's petition for habeas corpus, the Court noted that the California temporary restraining order forms could, under certain circumstances, result in a wrongful conviction if a restrained party was convicted for being near an address that was merely the victim's mailing address and not intended to be a protected address. Here, however, 18591 Melody Lane was a protected address; as Saldana Zavala stated at trial, he knew that he was prohibited from going within 100 yards of that address. Dkt. 24, Response, Exhibit 2, Vol. 4, 950. Accordingly, Saldana Zavala's habeas petition is denied, because each of his arguments is premised on the idea that he was not ordered to stay away from 18591 Melody Lane and/or that he was not properly on notice that he was ordered to stay away from 18591 Melody Lane.

　　　**IT IS SO ORDERED.**

Dated: May 29, 2015

_____
Vince Chhabria
United States District Judge