UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE LUIS SALDANA ZAVALA,

    Plaintiff,

    v.

STEVE FREITAS,

    Defendant.

Case No. 14-cv-00845-VC

**JUDGMENT**

Pursuant to the Order Denying Petition for Writ of Habeas Corpus signed today, this action is DISMISSED.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: May 29, 2015

_____
VINCE CHHABRIA
United States District Judge