UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS SALDANA ZAVALA,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVE FREITAS,<br><br>    Defendant. | Case No. 14-cv-00845-VC<br><br>**ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY**<br><br>Re: Docket No. 38 |

The motion for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c). This is not a case in which "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**IT IS SO ORDERED.**

Dated: July 6, 2015

_____
VINCE CHHABRIA
United States District Judge